# UNITED STATES OF AMERICA
# MIDDLE DISTRICT OF PENNSYLVANIA

**Thomas Wright**                               :

      **v.**                                      :   **CIVIL NO. 3:23-CV-597**

**Luzerne County Tax Claim Bureau,**
**et.al**                                        :   **(JUDGE MANNION)**

      **Defendants**                          :

# O R D E R

Presently before the court is Plaintiff's "Complaint with request for Preliminary Injunction" file *pro se* together with an application to proceed *in forma pauperis*. In essence, the matter appears to revolve around a property tax sale approved by the Luzerne County Court of Common Pleas and/or a pending appeal of that action to a state appellate court. Apparently as a result of a state court judgement, it is alleged that a sheriff's sale is scheduled for April 14, 2023 concerning the tax delinquent property. Therefore, the plaintiff asks this court enjoin the state tax sale, in contravention of the Luzerne County Court of Common Pleas order.

In his filings it is unclear what title, if any the named plaintiff has to the property in question. Additionally, according to the Complaint, a state court hearing on a stay pending appeal of the state court judgement is presently scheduled for Monday, April 10, 2023, i.e. before any tax sale will take place.

In light of the concerns this court has as to the standing of this plaintiff to bring an action, the impropriety of requesting a federal court to interfere with a pending state court action and the pending nature of a reasonable process in the state court to address such concerns of the Plaintiff, the request for a Temporary restraining Order and/or Preliminary Injunction are **DENIED.**

*s/Malachy E. Mannion*
Malachy E. Mannion
United States District Judge

Dated: April 7, 2023
23-597-01