UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS WRIGHT,

    Plaintiff,

v.

ELITE REVENUE SOLUTIONS, LLC, et al.,

    Defendants.

CIVIL ACTION NO. 3:23-cv-00597

(SAPORITO, J.)
(CARABALLO, M.J.)

## ORDER

Now before the court is a report and recommendation of United States Magistrate Judge Phillip J. Caraballo, in which he recommends that the defendants' several motions to dismiss (Doc. 24; Doc. 44; Doc. 45; Doc. 53) be granted and all of the plaintiff's claims be dismissed for lack of subject matter jurisdiction or, with respect to two unserved defendants, for failure to timely perfect service of process. Doc. 59.

No objections have been filed to the report and recommendation, resulting in the forfeiture of de novo review by this court. *See Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007); *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987).

Following an independent review of the report and the record, and

having afforded "reasoned consideration" to the uncontested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Caraballo's analysis to be well-reasoned and fully supported by the record and applicable law. Accordingly, the court will adopt the report and recommendation in its entirety as the decision of the court.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation of Judge Caraballo (Doc. 59) is **ADOPTED**;

2. The defendants' several motions to dismiss (Doc. 24; Doc. 44; Doc. 45; Doc. 53) are **GRANTED**;

3. The plaintiff's claims against Joseph Plummer are **DISMISSED without prejudice** for failure to timely perfect service of process;

4. The remainder of the amended complaint (Doc. 11) is **DISMISSED without prejudice** for lack of subject matter jurisdiction;

5. The plaintiff is **GRANTED** leave to file a second amended complaint **within twenty-one (21) days** after entry of this order; and

- 3 -

6.  In the absence of a timely filed second amended complaint, the clerk shall mark this case as **CLOSED**.

Dated: September  12 , 2025

_____
JOSEPH F. SAPORITO, JR.
United States District Judge