**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>ELITE REVENUE SOLUTIONS, LLC, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:23-cv-00597<br><br>(SAPORITO, J.)<br>(CARABALLO, M.J.) |

**ORDER**

Now before the court is a report and recommendation of United States Magistrate Judge Phillip J. Caraballo, in which he recommends that the defendants' several motions to dismiss (Doc. 64; Doc. 66; Doc. 67; Doc. 70) be granted and all of the plaintiff's claims be dismissed with prejudice. Doc. 93. The report and recommendation also recommends denial of the pro se plaintiff's request for a preliminary injunction, which is embedded in his second amended complaint. *Id.*[1]

No objections have been filed to the report and recommendation, resulting in the forfeiture of de novo review by this court. *See Nara v.*

[1] We note that a request for *preliminary* injunctive relief ordinarily must be made by a separate motion, rather than as a part of a pleading's request for relief. *See* Fed. R. Civ. P. 7(b).

*Frank*, 488 F.3d 187, 194 (3d Cir. 2007); *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987).

Following an independent review of the report and the record, and having afforded "reasoned consideration" to the uncontested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Caraballo's analysis to be well-reasoned and fully supported by the record and applicable law. Accordingly, the court will adopt the report and recommendation in its entirety as the decision of the court.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation of Judge Caraballo (Doc. 93) is **ADOPTED**;

2. The defendants' several motions to dismiss (Doc. 64; Doc. 66; Doc. 67; Doc. 70) are **GRANTED**;

3. The second amended complaint (Doc. 61), including any request for preliminary injunctive relief, is **DISMISSED with prejudice**; and

4. The clerk is directed to mark this case as **CLOSED**.

Dated: September 15, 2026

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
United States District Judge